**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

**Attorneys for Plaintiff**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, | CASE NO. 2:17-cv-00757-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR RELEASE OF DEED OF TRUST AND DISMISSAL WITH PREJUDICE** |
| v. | |
| SATICOY BAY LLC SERIES 4683 CALIFA; and DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate as follows:

That the Deed of Trust recorded on May 26, 2006 in the Official Records of the Clark County, Nevada Recorder as Instrument Number 20060529-0001923 is hereby released, discharged, and extinguished.

That this case be DISMISSED in its entirety, WITH PREJUDICE, each side to bear its own costs and attorney's fees.

///
///
///
///
///
///
///
///

1

That a copy of this Order may be recorded in the Official Records of the Clark County, Nevada Recorder.

IT IS SO STIPULATED

Dated 27th day of November, 2017

WOLFE & WYMAN LLP

By: /s Colt B. Dodrill
    Colt B. Dodrill
    Nevada Bar No. 9000
    6757 Spencer Street
    Las Vegas, NV 89119

    *Attorneys for Plaintiff*
    *Ditech Financial LLC*

Dated 27th day of November, 2017

LAW OFFICE OF MICHAEL F. BOHN, ESQ., LTD.

By: /s Michael F. Bohn
    Michael F. Bohn
    Nevada Bar No. 1641
    376 East Warm Springs Road, Ste. 140
    Las Vegas, NV 89117

    *Attorneys for Defendant*
    *Saticoy Bay LLC Series 4683 Califa*

## ORDER

IT IS SO ORDERED.

DATED: November 28, 2017 _____

UNITED STATES DISTRICT COURT JUDGE

2894679.1